[Dkt. Nos. 12 and 15]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| FRANCIS NAPOLI, et al., | : Civil Action No. 12-222 (RMB/AMD) |
| Plaintiffs, | : |
| v. | : |
| | : **ORDER** |
| HSBC MORTGAGE SERVICES INC., et al., | : |
| Defendants. | : |

THIS MATTER having come before the Court upon Plaintiffs' Motion to Remand this action to New Jersey Superior Court [Docket No. 15], and Defendants' Motion to Dismiss [Dkt. No. 12]; and for the reasons set forth in the Opinion filed this date;

IT IS ON THIS **27th** day of **August 2012**, ORDERED that Plaintiffs' Motion to Remand is **DENIED; and**

**IT IS FURTHER ORDERED** that Defendants Motion to Dismiss is **GRANTED;** and the case is **DISMISSED WITH PREJUDICE.**

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge